| | |
|---|---|
| I. NEEL CHATTERJEE (State Bar No. 173985)<br>MICHAEL F. HEAFEY (State Bar No. 153499)<br>ROBERT NAGEL (State Bar No. 211113)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone:     650-614-7400<br>Facsimile:      650-614-7401<br><br>Attorneys for Plaintiff<br>SUNRISE TELECOM INCORPORATED | John P. Bovich  (State Bar No. 150688)<br>Kerry Hopkins  (State Bar No. 219406)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, California  94111-3922<br>Mailing Address: P.O. Box 7936<br>San Francisco, California  94120-7936<br>Telephone:    (415) 543-8700<br>Facsimile:     (415) 391-8269<br><br>Eugene LeDonne (*admitted pro hac vice*)<br>Stephen M. Chin (*admitted pro hac vice*)<br>REED SMITH LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 521-5400<br>Facsimile:     (212) 521-5450<br>Attorneys for Defendant and<br>Counterclaimant ACTERNA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNRISE TELECOM INCORPORATED, a Delaware Corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>ACTERNA, LLC, a Delaware Limited Liability Company,<br><br>           Defendant. | Case No.  05-cv-01555 CRB<br><br>**STIPULATED DISMISSAL** |

It is hereby stipulated and agreed by and between Sunrise Telecom Incorporated and Acterna, LLC that the parties hereby voluntarily dismiss, pursuant to Federal Rule of Civil Procedure 41(a), without prejudice all causes of action brought against each other.  Each party is to bear their own costs and attorneys' fees.  The Court will keep jurisdiction to enforce any protective order entered in this case.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 14, 2005 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | Michael F. Heafey<br>Attorneys for Plaintiff<br>SUNRISE TELECOM INCORPORATED |

Dated: September 14, 2005            REED SMITH LLP

By: /s/
John P. Bovich
Attorneys for Defendant
ACTERNA, LLC

DOCSSV1:422966.2

Sept. 14, 2005

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

STIPULATED DISMISSAL
05-CV-01555 CRB